No. 11–10373.  RHINE v. DEATON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–10376.  LEFTWICH v. FRAZIER, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 11–10379.  COLLINS v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–10386.  POTVIN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–10391.  FOULKE v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY.  C. A. 1st Cir.  Certiorari denied.

No. 11–10401.  FLEMING v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 11–10403.  FELS v. ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 11–10405.  SINGLETON v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 11–10406.  SOLOMON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.  C. A. D. C. Cir.  Certiorari denied.

No. 11–10408.  HAYES v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 11–10409.  TURNER v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–10410.  GARY v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 11–10411.  FOYE v. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 11–10412.  HARDY v. WEST ET AL.  C. A. 6th Cir.  Certiorari denied.